FILED

MAR 01 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:22-CR-23 TSK/MJA |
| ELI SCOTT VILLERS, and<br>JARRAIL LAMONT SMITH, | Violations: 18 U.S.C. § 371<br>18 U.S.C. § 201(b)(1)(C)<br>18 U.S.C. § 201(b)(2)(C) |
| Defendants. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Commit Bribery of Public Officials)

Between September 1, 2018, and February 25, 2019, in the Northern District of West Virginia, the defendants, **ELI SCOTT VILLERS** and **JARRAIL LAMONT SMITH**, did knowingly and willfully conspire, confederate and agree and have a tacit understanding with each other and with other persons, to commit an offense against the United States, to wit: to violate Title 18, United States Code, Section 201(b). It was a purpose and object of the conspiracy knowingly and intentionally for **ELI SCOTT VILLERS**, in his capacity as a public official and correctional officer at Federal Correctional Institution Hazelton, to smuggle tobacco, a contraband item, into Federal Correctional Institution Hazelton and provide the tobacco to **JARRAIL LAMONT SMITH**, a Federal inmate, in exchange for cash payments, most of which were transferred to **ELI SCOTT VILLERS** by use of CashApp, in violation of Title 18, United States Code, Section 201(b) as charged in Counts Two and Three of the Indictment. To effect a purpose and object of

the conspiracy, the defendant **ELI SCOTT VILLERS**, did complete and cause to be completed, in the Northern District of West Virginia, any overt act, including: (A) smuggling tobacco into Federal Correctional Institution Hazelton on multiple occasions, and (B) other overt acts; in violation of Title 18, United States Code, Section 371.

## COUNT TWO

(Bribery of Public Official)

Between September 1, 2018, and February 25, 2019, in the Northern District of West Virginia, the defendant **ELI SCOTT VILLERS**, a public official as defined by Title 18, United States Code, Section 201(a)(1), directly and indirectly, did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, in return for being induced to do an act in violation of his official duty, to wit: accepting United States currency in exchange for smuggling tobacco, a contraband item, into the Federal Correctional Institution Hazelton on multiple occasions and delivering the tobacco to Jarrail Lamont Smith, a Federal inmate serving a sentence at Federal Correctional Institution Hazelton, in violation of Title 18, United States Code, Section 201(b)(2)(C).

## COUNT THREE

(Bribery of Public Official)

Between September 1, 2018, and February 25, 2019, in the Northern District of West Virginia, the defendant **JARRAIL LAMONT SMITH**, directly and indirectly did corruptly give, offer, and promise a thing of value to Eli Scott Villers, a public official as defined by Title 18, United States Code, Section 201(a)(1), with intent induce a public official to do an act in violation of his official duty; that is offering United States currency to Eli Scott Villers, a public official, in exchange for delivering tobacco, a contraband item, to the defendant **JARRAIL LAMONT SMITH**, a Federal inmate serving a sentence at Federal Correctional Institution Hazelton, in violation of Title 18, United States Code, Section 201(b)(1)(C).

## **FORFEITURE ALLEGATION**

(Bribery of Public Official)

Pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 981(a)(1)(C), 1956(c)(7), 1961(1), and Title 21, United States Code, Section 853, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 201, or a conspiracy to violate such offense, including a money judgment in the amount of at least $8,901.

A true bill,

/s/
Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Brandon S. Flower
Assistant United States Attorney